THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALTAFLO, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DUN & BRADSTREET CREDIBILITY CORPORATION; DUN & BRADSTREET CORPORATION; and DUN & BRADSTREET, INC.,<br><br>Defendants. | No. C14-1288TSZ<br><br>**STIPULATED MOTION EXTENDING DEADLINES FOR DEFENDANTS TO FILE RESPONSES TO THE COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: August 21, 2014 |

## I.  STIPULATED MOTION

WHEREAS, Plaintiff initially filed a Complaint in the above-captioned action (the "Action") in the District of New Jersey on June 20, 2014;

WHEREAS, the Action has been transferred to this Court from the District of New Jersey as it arises from similar facts, asserts substantially the same claims, and is being brought on behalf of Plaintiff by the same counsel as the first-filed matter of *O&R Construction, Inc. v. Dun & Bradstreet Credibility Corp.*, *et al.*, Case No. 12-cv-2184, which currently is pending before the Honorable Thomas S. Zilly of this Court;

WHEREAS, since the time that the *O&R Construction* action was filed, three cases in

STIPULATED MOTION – DEADLINES FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT- 1
NO. C14-1288TSZ

**McKay Chadwell, PLLC**
600 University Street, Suite 1601
Seattle, Washington  98101-4124
(206) 233-2800  Fax (206) 233-2809

addition to this Action have been filed in other federal district courts on behalf of other plaintiffs, also represented by Plaintiff's counsel (*Die-Mension, Inc. v. Dun & Bradstreet Credibility Corp., et al.* (N.D. Ohio Case No.14-cv-392); *Vinotemp Int'l Corp., et al. v. Dun & Bradstreet Credibility Corp., et al.* (C.D. Cal. Case No. 14-cv-451); and *Flow Sciences Inc. v. Dun & Bradstreet Credibility Corp., et al.* (E.D.N.C. Case No. 14-128)), each of which arise from similar facts and assert substantially the same claims as both this Action and the *O&R Construction* matter;

WHEREAS, the related *Die-Mension* and *Vinotemp* actions now have been transferred to this Court and currently are pending as *Die-Mension, Inc. v. Dun & Bradstreet Credibility Corp., et al.* (W.D. Wash. Case No. 14-cv-00855-TSZ) and *Vinotemp Int'l Corp., et al. v. Dun & Bradstreet Credibility Corp., et al.* (W.D. Wash. Case No. 14-cv-01021), respectively;

WHEREAS, on August 4, 2014, Defendants moved the Eastern District of North Carolina to have the related *Flow Sciences* action transferred to this Court;

WHEREAS, Plaintiff's counsel have stated that they will not oppose the transfer motion in the *Flow Sciences* action;

WHEREAS, as of the date of this Stipulation, the Eastern District of North Carolina has not yet ruled on the transfer motion in the *Flow Sciences* action;

WHEREAS, the parties agree that it is in the interest of judicial efficiency for there to be a uniform date for Defendants to respond to the complaints in all of these actions;

NOW THEREFORE, Plaintiff and Defendants, by their respective counsel of record, HEREBY MOVE THE COURT TO GRANT THE FOLLOWING STIPULATION:

1. Defendants' respective deadlines to respond to the Complaint in this Action shall be extended until 30 days after the *Flow Sciences* action listed above has been transferred to this

STIPULATED MOTION – DEADLINES FOR
DEFENDANTS TO RESPOND TO INITIAL COMPLAINT- 2
NO. C14-1288TSZ

**McKay Chadwell, PLLC**
600 University Street, Suite 1601
Seattle, Washington  98101-4124
(206) 233-2800  Fax (206) 233-2809

1  Court, with the intention that the parties will then stipulate to a uniform date for Defendants to

2  file their responses to the complaints in each of the newly-filed cases, and a briefing schedule for

3  any motion to dismiss.

4  //

5  //

6  //

7  //

8  //

9  //

10  //

11  //

12  //

13  //

14  //

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27

28

STIPULATED MOTION – DEADLINES FOR
DEFENDANTS TO RESPOND TO INITIAL COMPLAINT- 3
NO. C14-1288TSZ

**McKay Chadwell, PLLC**
600 University Street, Suite 1601
Seattle, Washington  98101-4124
(206) 233-2800  Fax (206) 233-2809

DATED: August 21, 2014.

By: s/ Michael D. McKay
By: s/ Thomas M. Brennan
Michael D. McKay, #7040
Thomas M. Brennan, #30662
McKay Chadwell, PLLC
600 University Street, Suite 1601
Seattle, WA 98101-4124
Telephone: (206) 233-2800
Email: mdm@mckay-chadwell.com
         tmb@mckay-chadwell.com

Gail E. Lees*
Timothy W. Loose*
Gibson, Dunn & Crutcher, LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  (213) 229-7000
Email: glees@gibsondunn.com
         tloose@gibsondunn.com

*Attorneys for Defendant Dun and Bradstreet Credibility Corporation*

By: s/ Charles C. Huber
By: s/ Gretchen J. Hoog
Charles C. Huber, #18941
Gretchen J. Hoog, #4328
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
Telephone: (206) 223-7000
Email: huberc@lanepowell.com
         hoog@lanepowell.com

Richard F. Schwed*
 Shearman & Sterling LLP
 599 Lexington Avenue
 New York, NY 10022
 Telephone: (212) 848-4000
 Email: rschwed@shearman.com

*Attorneys for Defendants Dun & Bradstreet Corporation and Dun & Bradstreet, Inc.*

By: s/ Brad J. Moore
Brad J. Moore, #21802
Stritmatter Kessler Whelan Coluccio
200 Second Avenue West
Seattle, WA 98119
Telephone: (206) 448-1777
Email: brad@stritmatter.com

Christopher Collins*
Frank J. Janecek, Jr.*
Robbins Geller Rudman & Dowd LLP
655 W. Broadway, Ste 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Email: chrisc@rgrdlaw.com
         frankj@rgrdlaw.com

Jack Landskroner*
Drew Legando*
Landskroner Greico Merriman, LLC
1360 West 9th, Ste. 200
Cleveland, OH 44113
Telephone: (216) 522-9000
Email: jack @lgmlegal.com
         drew@lgmlegal.com

Stuart A. Davidson*
Robbins Geller Rudman & Dowd, LLP
120 East Palmetto Park Rd., Ste 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Email: sdavidson@rgrdlaw.com

Peter S. Pearlman
Cohn, Lifland, Pearlman, Herrmann & Knopf, LLP
250 Pehle Avenue, Suite 401
Saddle Brook, NJ
Telephone: (201) 845-9423
Email: psp@njlawfirm.com

*Attorneys for Plaintiff Altaflo, LLC.*

*Admitted Pro Hac Vice in *O&R Construction*, No. 2:12-02184 TSZ

STIPULATED MOTION – DEADLINES FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT- 4
NO. C14-1288TSZ

## II.  ORDER

The Court has considered the foregoing stipulated motion related to pleading deadlines and having reviewed the records on file and this motion, the Court hereby orders that the stipulated motion, docket no. 11, is GRANTED, and the defendants' respective deadlines to respond to plaintiff's Complaint shall be extended to 30 days after the following case is transferred to this district:  *Flow Sciences Inc. v. Dun & Bradstreet Credibility Corp., et al.* (E.D.N.C. Case No. 14-128).

The Court hereby WAIVES the pro hac vice filing fee for any attorneys admitted pro hac vice in related case 12-cv-2184.

Dated this 10th day of September, 2014.

_____
THOMAS S. ZILLY
United States District Judge

STIPULATED MOTION – DEADLINES FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT- 5
NO. C14-1288TSZ

**McKay Chadwell, PLLC**
600 University Street, Suite 1601
Seattle, Washington  98101-4124
(206) 233-2800  Fax (206) 233-2809